In re Gates, Terry; — Plaintifff(s); applying for supervisory and/or remedial writ; Parish of Winn, 8th Judicial District Court, No. 35,791; to the Court of Appeal, Second Circuit, No. 30236-KH.
Writ granted; ease transferred to the 19th Judicial District Court. Relator has raised a criminal post-conviction habeas corpus claim, see La.C.Cr.P. art. 362(2); State ex rel. Vaughn v. State, 96-1670 (La. 8/1/96), 677 So.2d 436; State v. Lewis, 519 So.2d 152 (La.App. 1st Cir.1987); State ex rel. Bartie v. State, 501 So.2d 260 (La.App. 1st Cir.1986), venue for which lies in the 19th Judicial District. R.S. 15:571.15; Vaughn, 96-1670 at 1, 677 So.2d at 436; Bartie, 501 So.2d at 265.
MARCUS, J., not on panel.